IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| REGINALD ADKINS, #454312, | ) |
| | ) |
| Petitioner, | ) |
| | ) |
| v. | ) Case No. 3:14-cv-02395 |
| | ) |
| GERALD McALLISTER, Warden, | ) Judge Campbell |
| | ) |
| Respondent. | ) |

## ORDER

Before the Court is petitioner Reginald Adkins' *pro se* petition under 28 U.S.C. § 2254 for the writ of habeas corpus (ECF No. 1), challenging his 2010 conviction in the Criminal Court for Davidson County, Tennessee. The respondent has filed an answer in opposition to the petition, along with a complete copy of the underlying state-court record. With permission, the petitioner has filed a reply brief, and he also seeks the appointment of counsel.

As explained in the accompanying Memorandum Opinion, the Court finds that Adkins is not entitled to relief on the basis of the grounds articulated in his petition. Accordingly, his habeas petition (ECF No. 1) is hereby **DENIED** and this matter is **DISMISSED**. His motion for the appointment of counsel is **DENIED** as moot.

The Court must issue or deny a certificate of appealability ("COA") when it enters a final order adverse to a § 2254 petitioner. Rule 11, Rules Gov'g § 2254 Cases. The petitioner may not take an appeal unless a district or circuit judge issues a COA. 28 U.S.C. § 2253(c)(1); Fed. R. App. P. 22(b)(1). Because the issues raised in the petition do not merit further review, the Court **DENIES** a COA. The petitioner may, however, seek a COA directly from the Sixth Circuit Court of Appeals. Rule 11(a), Rules Gov'g § 2254 Cases.

It is so **ORDERED**.

This is a final order for purposes of Fed. R. Civ. P. 58.

_____
Todd Campbell
United States District Judge